UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIR CASEY FORLES DAILEY LATOUR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A1 TOWING,<br><br>　　　　　Respondent. | No.  2:25-cv-2387 SCR P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

　　　　The application attacks a conviction issued by the San Mateo County Superior Court and also appears to challenge the conditions of petitioner's confinement at the San Mateo County Jail. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Mateo County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

　　　　Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

　　　　This matter is transferred to the United States District Court for the Northern District of California.

DATED: August 27, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE