UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIR CASEY FORLES DAILEY LATOUR,

Plaintiff,

v.

A1 TOWING,

Defendant.

Case No. 25-cv-07579-NW

**JUDGMENT**

Pursuant to the order filed earlier today, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: February 12, 2026

Noël Wise
United States District Judge